IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) No. 4:09CR00104-ERW |
| DOUGLAS BRAIDLOW, | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL MOTION**

Comes now, Douglas Braidlow, through his attorney, Brocca L Morrison, Assistant Federal Public Defender, and requests an extension of time in which to review his case and file a supplemental motion in support of his *pro se* motions for compassionate release. Mr. Braidlow's initial pro se motion for compassionate release was filed on April 20, 2020. Counsel received records from the U.S Probation office on April 29, 2020.  On May 18, 2020, Mr. Braidlow filed another motion raising additional grounds for compassionate release.  Counsel requires additional time to review his case and to communicate with Mr. Braidlow.  Therefore, counsel requests an additional 30 days, up to and including June 19, 2020, to file a supplemental motion.

Respectfully submitted,

*/s/Brocca L. Morrison*
BROCCA L. MORRISON   56093 MO
Assistant Federal Public Defender
1010 Market, Suite 200
Saint Louis, Missouri 63101
(314) 241-1255
Fax: (314) 421-3177
E-mail: Brocca_Smith@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing upon the U.S. Attorney's Office.

>*/s/Brocca L. Morrison*
>Brocca L. Morrison