IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:09CR000104 ERW |
| | ) |
| DOUGLAS BRAIDLOW, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION UNDER SEAL

Comes now defendant, Douglas Braidlow, through his attorney Brocca L. Morrison and requests leave to file his Supplemental Motion to Reduce Sentence under seal because it contains sensitive health information.

Respectfully submitted,

*/s/Brocca L. Morrison*
BROCCA L. MORRISON  56093 MO
Assistant Federal Public Defender
1010 Market, Suite 200
Saint Louis, Missouri 63101
(314) 241-1255
Fax: (314) 421-3177
E-mail: Brocca_Smith@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Keith Sorrell, Assistant United States Attorney.

*/s/Brocca L. Morrison*