IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:09CR00104-ERW ) |
| DOUGLAS BRAIDLOW, | ) ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME TO REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**

Comes now, Douglas Braidlow, through his attorney, Brocca L Morrison, Assistant Federal Public Defender, and requests an extension of time to file a reply to the Government's Response to his motion for compassionate release.  Counsel requires additional time to prepare the reply.  Counsel requests an additional 30 days, up to and including August 14, 2020, to file a reply.

Respectfully submitted,

*/s/Brocca L. Morrison*
BROCCA L. MORRISON   56093 MO
Assistant Federal Public Defender
1010 Market, Suite 200
Saint Louis, Missouri 63101
(314) 241-1255
Fax: (314) 421-3177
E-mail: Brocca_Smith@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing upon the U.S. Attorney's Office.

*/s/Brocca L. Morrison*
Brocca L. Morrison